IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION


JOE DAVID SMOTHERS                                          PETITIONER


vs.                    Civil Case No. 5:08CV00028 HLJ


LARRY NORRIS, Director,
Arkansas Department of Correction                          RESPONDENT


**JUDGMENT**

Pursuant to the Memorandum and Order entered in this matter on this date, it is Considered, Ordered and Adjudged that ground one be, and it is hereby, dismissed with prejudice.  If Petitioner wishes to pursue grounds two and three, he must submit them in a petition to the Eighth Circuit at the following address:

Eighth Circuit Court of Appeals
Michael Gans, Clerk
Thomas F. Eagleton Courthouse
111 South 10th Street
St. Louis, Mo 63102

IT IS SO ADJUDGED this 5th day of June, 2008.



_Henry L. Jones, Jr._
United States Magistrate Judge